UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-0129-VAP (KS)                                                Date: October 16, 2020

Title   _William Nathaniel Washington v. County of Los Angeles et al_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (IN CHAMBERS) ORDER TO SHOW CAUSE RE: REIMBURSING THE U.S. MARSHAL FOR COSTS RELATING TO SERVICE**

 Federal Rule of Civil Procedure 4(d) places a duty on defendants to avoid the unnecessary expense of service. Defendants Lina Awi and Timothy Briggs were provided with a copy of the summons and operative complaint and a waiver of service form, but they elected not to waive service and avoid these costs. (*See* Dkt. Nos. 48, 49.) As a result, the U.S. Marshal's Service was required to personally serve them, during the COVID-19 pandemic, at a cost of $241.00 for Defendant Briggs and $241.00 for Defendant Awi. (*See* Dkt. Nos. 48, 49.) Rule 4(d) requires that the Court must impose the cost of service on defendants who fail, without good cause, to return a waiver. Therefore, **IT IS ORDERED that Defendants Lina Awi and Timothy Briggs** shall appear by videoconference before the Court on **Tuesday, November 10, 2020 at 10:00 a.m.** and show cause as to why they should not be ordered to pay those costs.

 The Clerk will reach out to defense counsel with the information for the videoconference. Because this hearing does not involve Plaintiff and has no impact on the merits of this case, Plaintiff is not required to attend.

 **IT IS SO ORDERED**.

:
**Initials of Preparer**   gr