**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON,<br><br>             Plaintiff,<br>     v.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>             Defendants. | NO. CV 20-0129-VAP (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Motion to Amend and related briefing, and the TRO Motion and related briefing as well as all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that:

    (1) the Motion to Amend (Dkt. No. 54) is DENIED;

    (2) the TRO Motion (Dkt. No. 55) is DENIED;

(3) the following claims are DISMISSED from the First Amended Complaint without prejudice and with leave to amend:

    (a) Plaintiff's First Amendment and Equal Protection Clause claims against Defendants Villanueva and Corbett;

    (b) Plaintiff's Ninth Amendment claims; and

    (c) Plaintiff's Due Process and false imprisonment claims that attack the legality of his custody; and

(4) Plaintiff shall have twenty-one (21) days from the date of this Order to file either a Second Amended Complaint correcting the defects identified in this Report or a signed Notice of Voluntary Dismissal of the claims dismissed in the Order accepting this Report.

DATED: March 3, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE