UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-0129-VAP (KS)                                             Date: April 16, 2021

Title   *William Nathaniel Washington v. County of Los Angeles et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 6, 2020, Plaintiff, who was in Los Angeles County Sheriff's Department custody at the Pitchess Detention Center and proceeding *pro se*, filed a civil rights complaint (the "Complaint") pursuant to 42 U.S.C. § 1983. (Dkt. No. 1.) In the Complaint, Plaintiff sued the County of Los Angeles, the Los Angeles County Sheriff's Department ("LACSD"), Los Angeles County Sheriff Alex Villanueva, and five LACSD employees for, *inter alia*, constitutional violations. (Complaint at 3-6.) On February 27, 2020, Plaintiff filed a First Amended Complaint (the "FAC"). (Dkt. No. 10.) On March 3, 2021, the Court dismissed several of Plaintiff's claims in the FAC without prejudice and with leave to amend and ordered Plaintiff to file one of the following no later than March 24, 2021: a Second Amended Complaint correcting the defects identified in the Court's January 19, 2021 Report and Recommendation; or a signed Notice of Voluntary Dismissal of the claims dismissed in the Court's Order. (Dkt. No. 75.) On March 11, 2021, the United States Postal Service returned to the Court as undeliverable the Court's March 3, 2021 Order. (Dkt. No. 76.) On April 14, 2021, Defendants filed a Notice re: No Second Amended Complaint Filed. (Dkt. No. 77.)

More than three weeks have now passed since the date on which Plaintiff's Second Amended Complaint or Notice of Dismissal was due, and Plaintiff has neither complied with the Court's March 3, 2021 Order, alerted the Court to a change in address, nor otherwise communicated with the Court about his case. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's March 3, 2021 Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-0129-VAP (KS)                                                                     Date: April 16, 2021

Title         _William Nathaniel Washington v. County of Los Angeles et al_

     In addition, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action."  Thus, because more than 30 days have passed since the Court's March 3, 2021 was returned undelivered by the Postal Service, and Plaintiff has not notified the Court of his current address, the Court has a second basis for recommending dismissal for want of prosecution

     However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before April 30, 2021** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure.  **To discharge this Order and avoid dismissal, Plaintiff must file one of the following no later than the April 30, 2021 deadline**:

> (1) a Second Amended Complaint or Notice of Voluntary Dismissal of the defective claims in the FAC that were discussed on pages 17-24 of the Court's January 19, 2021 Report and Recommendation, as directed by the Court's March 3, 2021 Order; or
> (2) a request for an extension of time to file a Second Amended Complaint.

     Additionally**, if Plaintiff's address has changed, he must notify the Court no later than April 30, 2021 deadline**.  The Clerk is directed to send Plaintiff a copy of the Court's March 3, 2021 Order (Dkt. No. 75) and pages 17-24 of the Court's January 19, 2021 Report and Recommendation (Dkt. No. 73).

     <u>Alternatively</u>, if Plaintiff no longer wishes to proceed with this action at this time, Plaintiff may dismiss the case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action in its entirety without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  **Plaintiff is cautioned that his failure to timely comply with this Order will lead to a recommendation of dismissal based on Local Rule 41-6 and Rule 41 of the Federal Rules of Civil Procedure.**

     **IT IS SO ORDERED.**

:

**Initials of Preparer**   gr