JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON, | NO. CV 20-0129-VAP (KS) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 13, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1